**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ABUNDIO MARTINEZ RAMOS, *individually and on*
*behalf of others similarly situated,*

Civil Action No. **1:25-cv-01667**

        *Plaintiff,*

      -against-

**JUDGMENT**

C - MART 99 CENTS AND UP INC. (d/b/a C MART),
PHANTASTIC ON SALE INC. (d/b/a FANTASTIC
SAVERS), and CHAO HUANG,

        *Defendants,*
----------------------------------------------------------------X

## <u>JUDGMENT</u>

On August 4, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That the Plaintiff, ABUNDIO MARTINEZ RAMOS, has judgment against C - MART 99

CENTS AND UP INC. (d/b/a C MART), PHANTASTIC ON SALE INC. (d/b/a FANTASTIC

SAVERS), and CHAO HUANG, jointly and severally, in the amount of Fifty-Five Thousand

Dollars and Zero Cents ($55,000.00), which is inclusive of attorneys' fees and costs.

 

BRENNA B. MAHONEY
CLERK OF COURT

Dated:  Brooklyn, New York

     August 5, 2025

BY:  ___*Jalitza Poveda*_____
             Deputy Clerk